

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-07-00820-CR

Jimmy Acosta **BRITE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-5362
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

As we indicated in our order of March 3, 2014, this court's plenary power in appeal number 04-07-00820-CR has expired; this court no longer has jurisdiction in that appeal. *See* TEX. R. APP. P. 19.1 (plenary power period). All *motions or correspondence* should be addressed to, and filed with, the Court of Criminal Appeals:

> Court of Criminal Appeals
> P.O. Box 12308
> Austin, Texas 78711-2308

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court